IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NICOLE ASHLEY MUINA,

      Appellant,

v.

Case No.    5D21-2696
LT Case No. 2021-MM-000133-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 10, 2022

Appeal from the County Court
for Citrus County,
Mark J. Yerman, Judge.

Matthew J. Metz, Public Defender, and
Betty Wyatt, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless,  Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, HARRIS and NARDELLA, JJ., concur.